# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

**UNITED STATES OF AMERICA**

-vs-

**RONALD LUCZAK**

Case Number: 2:06-cr-59-FtM-29SPC

USM Number: 69674-053

Stephen Murty, Retained
307 N.W. 3rd St.
Ocala, FL 34475

Jack Maro, Retained
P.O. Box 3868
Ocala, FL 34478

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three & Four of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Alleged new criminal conduct: a Federal Criminal Indictment charged Mr. Luczak with six counts of Wire Fraud, 18 U.S.C. §§ 1343, 2, in violation of the Standard Conditions of Supervision, the defendant shall not commit another federal, state, or local crime, as set forth in the Judgment. | May 7, 2008 |
| Two | Alleged new criminal conduct: a Superceding Federal Criminal Indictment charged Mr. Luczak with two counts of Money Laundering, 18 U.S.C. § 1343, in violation of the Standard Conditions of Supervision, the defendant shall not commit another federal, state, or local crime, as set forth in the Judgment. | May 7, 2008 |
| Three | Alleged new criminal conduct: a Superceding Federal Criminal Indictment charged Mr. Luczak with four counts of Prohibited Monetary Transactions, 18 U.S.C. §§ 1957, 2, in violation of the Standard Conditions of Supervision, the defendant shall not commit another federal, state, or local crime, as set forth in the Judgment. | May 7, 2008 |
| Four | Untruthful written monthly reports: Mr. Luczak failed to submit truthful and complete written monthly reports between November 2005 and December 2006, in violaltion of Condition Two of the Standard Conditions of Supervision as set forth in the Judgment. | December, 2006 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

6/30/2009

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

July ___, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **10 Months to be served concurrently with the term of imprisonment in Case No. 2:07-cr-1-FtM-29DNF.**

**The defendant is remanded to the custody of the United States Marshal.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal

**SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED**