FILED
9/28/2021 2:02 pm
Date        Time
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 2:06-cr-59-JES

RONALD LUCZAK

ORDER

THIS CAUSE having come on for consideration upon the motion of the government to seal the Government's Attachment C to the United States' Response in Opposition to Ronald Luczak's Motion for Compassionate Release (Dkt. No. 60)

It is hereby ORDERED that Attachment C be SEALED.

DONE AND ORDERED this 28th day of September, 2021.

NICHOLAS P. MIZELL
U.S. Magistrate Judge